PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ramon Morales            **Docket Number:** 06-00987-001
                                                                             **PACTS Number:** 46787

**Name of Sentencing Judicial Officer:** The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Date of Original Sentence:** 04/10/2007

**Original Offense:** Possession of a firearm by a convicted felon.

**Original Sentence:** 18 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised release.            **Date Supervision Commenced:** 02/19/2008

**Assistant U.S. Attorney:** David Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender's Office, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision conditions which state 'You shall not commit another federal, state, or local crime.' and 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'<br><br>On February 7, 2009, Morales was arrested by officers of the Palmer Township, Pennsylvania, Police Department after he was found to be in possession of ten fraudulently obtained prescription bottles of Tussionex PennKinetic suspension with hydrocodone (cough suppressant) and one fraudulently obtained prescription bottle of promethazine with codeine (cough suppressant). Morales was also in possession of three fraudulent prescription scripts for the Tussionex PennKinetic and eight fraudulent prescription scripts for the promethazine. According to police reports, Morales obtained the cough medications with forged prescription scripts from Dr. Daisey G. De Guzman using the patient name Hector Gonzalez. |

PROB 12C - Page 2
Ramon Morales

    In addition, Ramon Morales was charged with providing false information to law enforcement officers after he used the alias Raymond McDonald.

2     The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

    On or before February 6, 2009, Ramon Morales left the District of New Jersey and traveled to the Eastern District of Pennsylvania without permission of the Court or probation office.

3     The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

    On February 6, 2009, Ramon Morales associated with Arande Major, a convicted felon, who was engaged in the criminal act of illegally obtaining and possessing prescription bottles of Tussionex PennKinetic suspension with hydrocodone and promethazine with codeine.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 02/10/2009

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

February 13, 2009
Date