**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| | : | |
| v. | : | Criminal No. 06-987 (DRD) |
| | : | |
| RAMON MORALES | : | **ORDER** |

     The Court having presided over the defendant's guilty plea to Count 1 of the Petition for Violation of Supervised Release charging him with violating the terms of supervised release by committing another federal, state, or local crime, and concurrent sentencing hearing, it is hereby ORDERED:

     1.   Defendant is hereby adjudged guilty of violating the terms of his supervised release;

     2.   Defendant's supervised release is hereby REVOKED;

     3.   Defendant is hereby sentenced as follows: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months to be served consecutively to any term of imprisonment the defendant is serving, with no supervision to follow; and

     4.   Counts 2 and 3 of the Petition for Violation of Supervised Release are dismissed.

HON. DICKINSON R. DEBEVOISE
United States District Judge

Dated: August 18, 2010